PHILIP W. GERMANN, Respondent, *v.* THE SUBURBAN RAPID TRANSIT COMPANY, Appellant.

(Argued October 14, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 6, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James R. Marvin* for appellant.

*Leopold Leo* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.